**NATIONAL LABOR RELATIONS
BOARD, Petitioner,**

v.

**EDINBURG MANUFACTURING COM-
PANY, Respondent.**

**No. 11999.**

United States Court of Appeals
Fourth Circuit.

Argued April 3, 1968.

Decided April 11, 1968.

William H. Carder, Atty., N.L.R.B.
(Arnold Ordman, Gen. Counsel, Dominick
L. Manoli, Associate Gen. Counsel, Marcel
Mallet-Prevost, Asst. Gen. Counsel, Wil-
liam Wachter and Allen J. Berk, Attys.,
N.L.R.B., on brief), for petitioner.

Lacy I. Rice, Jr., Martinsburg, W. Va.
(John M. Miller, and Rice, Hannis, Rice
& Wagner, Martinsburg, W. Va., on
brief), for respondent.

Before HAYNSWORTH, Chief Judge,
and SOBELOFF and CRAVEN, Circuit
Judges.

PER CURIAM:

Substantial evidence on the
record as a whole supports the Board's
findings that the employer violated §
8(a) (1) of the Labor Act by interro-
gating employees and creating an im-
pression of surveillance and § 8(a) (3)
by discriminatorily laying off a union
adherent. We therefore enforce in its
entirety the Board's order which enjoin-

ed further conduct of this character and required the employer to compensate the employee for earnings lost from the time of the layoff until her reinstatement.

Enforcement granted.